XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
AMIE L. MEDLEY
Deputy Attorney General
State Bar No. 266586
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone: (213) 269-6226
 Fax: (213) 897-5775
 E-mail: Amie.Medley@doj.ca.gov
*Attorneys for Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DON HIGGINSON,**<br><br>    Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as ATTORNEY GENERAL OF CALIFORNIA; and CITY OF POWAY, CALIFORNIA,**<br><br>    Defendants. | 3:17-CV-2032 WQHJLB<br><br>**DEFENDANT XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Judge:   Hon. William Q. Hayes<br>Date:    December 26, 2017<br><br>**No Oral Argument Unless Requested by the Court** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take NOTICE that on December 26, 2017, or as soon thereafter as possible, in Courtroom 14B of the above-captioned court, located at 333 West Broadway, San Diego, CA 92101, Defendant Xavier Becerra, California Attorney General (the "Attorney General"), will and hereby does move, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the complaint of Plaintiff Don Higginson ("Plaintiff") in its entirety.

The grounds for this motion are that Plaintiff lacks standing to maintain his challenge to the California Voting Rights Act, and that even if he could establish standing, Plaintiff has failed to allege sufficient facts to state a claim for which relief may be granted.  Therefore, the Attorney General respectfully requests that the complaint be dismissed in its entirety.  Because no amendment would cure the deficiencies in the complaint, the Attorney General requests that the complaint be dismissed without leave to amend.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.  This motion is made following the conference of counsel which took place on November 9, 2017.

Dated:  November 22, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*s/ Amie L. Medley*
AMIE L. MEDLEY
Deputy Attorney General
*Attorneys for Attorney General Xavier Becerra*

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Higginson, Don v. Xavier Becerra, et al.** | No. | **3:17-CV-2032 WQHJLB** |

I hereby certify that on November 22, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 22, 2017, at Los Angeles, California.

| | |
|---|---|
| Beth Capulong | /s/ *Beth Capulong* |
| Declarant | Signature |

52706288.docx