1  John A. Ramirez (State Bar No. 184151)
   jramirez@rutan.com
2  Alan B. Fenstermacher (State Bar No. 278171)
   afenstermacher@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Defendant
   CITY OF POWAY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON HIGGINSON,<br><br>             Plaintiff,<br><br>        v.<br><br>XAVIER BECERRA, in his official capacity as ATTORNEY GENERAL OF CALIFORNIA; and CITY OF POWAY, CALIFORNIA,<br><br>             Defendants. | Case No. 3:17-cv-02032-WQH-JLB<br><br>**DEFENDANT CITY OF POWAY'S RESPONSE TO DEFENDANT XAVIER BECERRA'S MOTION TO DISMISS**<br><br>Honorable William Q. Hayes<br>Courtroom 14B<br><br>Hearing Date:  December 26, 2017<br><br>Date Action Filed:  October 4, 2017<br>Trial Date:           None Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Rutan & Tucker, LLP
attorneys at law

2523/012782-0003
11750373.1 a12/12/17

DEFENDANT CITY OF POWAY'S RESPONSE TO DEFENDANT XAVIER
BECERRA'S MOTION TO DISMISS

## I. INTRODUCTION

Don Higginson's ("Plaintiff") complaint in this action challenges the constitutionality of the California Voting Rights Act ("CVRA"), and on that basis, seeks to overturn Defendant City of Poway's ("City") Ordinance No. 809, which amends Chapter 2.04 of the City's Municipal Code ("PMC") to establish and implement by-district elections for City Councilmembers (the "Ordinance").[1] Plaintiff has also filed a motion for preliminary injunction ("Motion for Preliminary Injunction"), that if granted, would enjoin the enforcement of both the CVRA and the Ordinance. ECF No. 11.

Defendant Xavier Becerra ("Becerra") has now filed a motion to dismiss Plaintiff's entire complaint ("Motion to Dismiss"), which in some ways, functions as a "cross-motion" to the Motion for Preliminary Injunction, as it contains a number of the same arguments that are set forth in Becerra's Opposition to that Motion. ECF No. 22. Accordingly, consistent with both the City's response to Plaintiff's Motion for Preliminarily Injunction (ECF No. 16) and the City's neutral position in this action generally, the City will not support or oppose Becerra's Motion to Dismiss.

## II. THE CITY IS TAKING A NEUTRAL POSITION IN THIS ACTION

The City intends to take a neutral position in this lawsuit and allow Plaintiff and Defendant Becerra to litigate the issues presented therein, including the issues presented in the Motion to Dismiss. In particular, the City does not take a position on the constitutionality of the CVRA (the sole basis for Plaintiff's challenge of the Ordinance), or the justiciability of Plaintiff's claims. The City has also not taken a position regarding whether or not the validity of the Ordinance and the voting district map adopted therein depends on the validity of the CVRA.

Further, to be clear, the City is not abandoning its Ordinance, which remains in full force and effect. While this litigation is pending, the City intends to faithfully

---

[1] Specifically, the Ordinance amended PMC Chapter 2.04 to add sections 2.04.060 through 2.04.090.

-1-
2523/012782-0003
11750373.1 a12/12/17
DEFENDANT CITY OF POWAY'S RESPONSE TO DEFENDANT XAVIER BECERRA'S MOTION TO DISMISS

Rutan & Tucker, LLP
attorneys at law

comply with applicable law, and unless and until this (or any) Court orders otherwise, the City will continue implementing by-district elections pursuant to the Ordinance. Accordingly, the City will begin the transition to the election system adopted therein at the City's November 2018 election. (*See,* PMC § 2.04.080.)

## III. THE CITY RESPECTFULLY REQUESTS THAT THE COURT EXPEDIENTLY RULE ON THE MOTION TO DISMISS

As set forth in the City's Response to the Motion for Preliminary Injunction, this action has created uncertainty with respect to the City's upcoming November 2018 election. In order to comply with deadlines set by the San Diego County Registrar of Voters and to adequately inform the public – including potential candidates – regarding the City Council seats that will be on the November 2018 ballot, the City requests a decision on the Motion to Dismiss as soon as possible. *See,* ECF No. 11, Attachment 1 (Declaration of Nancy Neufeld). While the need for an expedient decision on the Motion to Dismiss is not as pressing as the need for such a decision on Plaintiff's Motion for Preliminary Injunction, the City nonetheless requests a decision on the Motion to Dismiss on or before May 1, 2018. *Id.* The timing of this Court's order is critical to ensure the continued good and transparent governance of the City.

Dated: December 12, 2017

Respectfully submitted,
RUTAN & TUCKER, LLP
JOHN A. RAMIREZ
ALAN B. FENSTERMACHER

By: s/ Alan B. Fenstermacher
Alan B. Fenstermacher

Attorneys for Defendant
CITY OF POWAY, CALIFORNIA
Email: afenstermacher@rutan.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed December 12, 2017.

*s/ Alan B. Fenstermacher*
ALAN B. FENSTERMACHER

RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
afenstermacher@rutan.com