

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Don Higginson | Civil Action No.  17cv2032-WQH-JLB |
| **Plaintiff,** | |
| V. | |
| Xavier Becerra, in his official capacity as Attorney General of California; City of Poway. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Complaint is dismissed with prejudice.

Date:    4/5/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Sacco

A. Sacco, Deputy