1 | XAVIER BECERRA
Attorney General of California
2 | MARK R. BECKINGTON
Supervising Deputy Attorney General
3 | AMIE L. MEDLEY
Deputy Attorney General
4 | State Bar No. 266586
  300 South Spring Street, Suite 1702
5 |  Los Angeles, CA  90013
  Telephone: (213) 269-6226
6 |  Fax: (213) 897-5775
  E-mail: Amie.Medley@doj.ca.gov
7 | *Attorneys for Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DON HIGGINSON,** | 3:17-CV-2032 WQHJLB |
| Plaintiff, | **DEFENDANT XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** |
| v. | |
| **XAVIER BECERRA, in his official capacity as ATTORNEY GENERAL OF CALIFORNIA; and CITY OF POWAY, CALIFORNIA,** | Judge:   Hon. William Q. Hayes
Date:    September 10, 2018

**No Oral Argument Unless Requested by the Court** |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take NOTICE that on September 10, 2018, or as soon thereafter as possible, in Courtroom 14B of the above-captioned court, located at 333 West Broadway, San Diego, CA 92101, Defendant Xavier Becerra, California Attorney General (the "Attorney General"), will and hereby does move, under Federal Rule of Civil Procedure 12(b)(6), to dismiss the complaint of Plaintiff Don Higginson ("Plaintiff") in its entirety.

1   The grounds for this motion are that Plaintiff has failed to allege sufficient
2   facts to state a claim for which relief may be granted.  Therefore, the Attorney
3   General respectfully requests that the complaint be dismissed in its entirety.
4   Because no amendment would cure the deficiencies in the complaint, the Attorney
5   General requests that the complaint be dismissed without leave to amend.
6   The motion will be based on this Notice of Motion and Motion, the
7   Memorandum of Points and Authorities filed herewith, and the pleadings and
8   papers filed herein.  This motion is made pursuant to the Court's July 12, 2018
9   Order (Dkt. 88) giving all parties leave to refile motions within twenty-one (21)
10  days or that order.  The previous motion to dismiss (Dkt. 33) was made following
11  the conference of counsel which took place on November 9, 2017.

13  Dated: August 2, 2018                    Respectfully submitted,

                                             XAVIER BECERRA
                                             Attorney General of California
                                             MARK R. BECKINGTON
                                             Supervising Deputy Attorney General


                                             */s/ Amie L. Medley*_____
                                             AMIE L. MEDLEY
                                             Deputy Attorney General
                                             *Attorneys for Attorney General Xavier Becerra*

# CERTIFICATE OF SERVICE

| Case Name: | **Higginson, Don v. Xavier Becerra, et al.** | No. | **3:17-CV-2032 WQHJLB** |
|---|---|---|---|

I hereby certify that on <u>August 2, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 2, 2018</u>, at Los Angeles, California.

| Amie L. Medley | *Amie L. Medley* |
|---|---|
| Declarant | Signature |

53013495.docx