| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 29 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| DON HIGGINSON, | No. 19-55275 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-02032-WQH-MSB |
| v. | Southern District of California, San Diego |
| XAVIER BECERRA, in his official capacity as Attorney General of California; CITY OF POWAY, | ORDER |
| Defendants-Appellees, | |
| CALIFORNIA LEAGUE OF UNITED LATIN AMERICAN CITIZENS; et al., | |
| Intervenor-Defendants-Appellees. | |

Before:  TALLMAN and MURGUIA, Circuit Judges.

Appellant's motion to expedite the appeal (Docket Entry No. 4) is denied.

The briefing schedule established previously remains in effect.

The Clerk is ordered to calendar this case as soon as possible after briefing is complete but no later than January 1, 2020.